LOWER MERION SCHOOL DISTRICT
301 E MONTGOMERY AVE
ARDMORE,PA,19003

Date 10/25/2024  V1264734

Amount  ***********

PAY ***************VOID CHECK***************

To the Order of

BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 10/12/2024 | V1264734 | 10/25/2024 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | 0.00 | 0.00 | 5,116.77 | 109,424.56 | FICA | 298.10 | 6,786.33 | 298.10 | 6786.33 |
| SUM SCH | | 0.00 | .00 | 7,680.00 | MEDICARE | 69.72 | 1,587.09 | 69.72 | 1587.09 |
| PRP/COLL | | 0.00 | .00 | -184.14 | FED TAX | 351.99 | 6,991.61 | .00 | 0.00 |
| PERS DEDN | | 0.00 | .00 | -100.00 | LM LST | 2.00 | 44.00 | .00 | 0.00 |
| EXC SICK | | 0.00 | .00 | -337.44 | PAUC | 3.58 | 82.70 | .00 | 0.00 |
| ADDTL HRS | | 0.00 | .00 | 78.46 | STATE TAX | 147.61 | 3,345.55 | .00 | 0.00 |
| CR COUNTRY | | 0.00 | .00 | 1,638.73 | PSERS 7.5% | 383.76 | 8,865.08 | 1,734.59 | 40153.24 |
| | | | | | DISABILITY | 30.63 | 612.60 | .00 | 0.00 |
| | | | | | FLEXMED | 154.51 | 2,651.32 | .00 | 0.00 |
| | | | | | FLEXDEP | .00 | 3,333.28 | .00 | 0.00 |
| | | | | | PDUES | 43.00 | 846.72 | .00 | 0.00 |
| | | | | | MEDICAL F | 154.13 | 3,237.69 | .00 | 0.00 |
| | | | | | METLIFE403 | .00 | 1,600.00 | .00 | 0.00 |
| | | | | | METROTH403 | .00 | 1,600.00 | .00 | 0.00 |
| | | | | | SB 403B | 75.00 | 300.00 | .00 | 0.00 |
| | | | | | SB ROTH | 75.00 | 300.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | .00 | 0.00 |
| | | | | | PACE DUES | .00 | 52.00 | .00 | 0.00 |
| | | | | | TD | 300.00 | 7,500.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 7,500.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2727.74 | 60,964.20 | .00 | 0.00 |
| **Totals** | 0.00 | | 5,116.77 | 118,200.17 | **Totals** | 5,116.77 | 118,200.17 | 2,102.41 | 48,526.66 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

TD BANK 036001808  300.00
MERCK S&D FEDERAL CREDUN 231386645  300.00
AMERICAN HERITAGE 236082944  2,727.74

**Net Pay**  3,327.74

*Employee*
BERNICE SHIPPEN

*Tax Information*

| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

**Notes:**