**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Bernice Louellen Shippen,<br><br>                              Debtor. | Case No. 25-10238-AMC<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the Amended Notice of Motion to Extend the Automatic Stay to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: January 28, 2025

_/s/ Michael A. Cibik_
Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

AcceptanceNOW
Attn: Bankruptcy
5501 Headquarters Dr
Plano, TX 75024-5837

AES
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank Of America
Attn: Bankruptcy
100 North Tryon St
Charlotte, NC 28255

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank
Attn: Citicorp
Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Comenity Bank
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Cornerstone
633 Spirit Drive
Chesterfield, MO 63005

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First Savings Bank
Attn: Bankruptcy
1500 S Highline Ave
Sioux Falls, SD 57110-1003

Global Lending Services LLC
1200 Brookfield Blvd, Ste 300
Greenville, SC 29607-6583

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

Hladik, Onorato & Federman, LLP
Attn: Bankruptcy
298 Wissahickon Ave
North Wales, PA 19454-4156

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: Bankruptcy
Po Box 7999
Saint Cloud, MN 56302-7999

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Macy's/ DSNB
Attn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

**Mariner Finance, LLC**
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236

**Merrick Bank/Card Works**
Attn: Bankruptcy
P.O. Box 5000
Draper, UT 84020-5000

**Mohela**
Attn: Bankruptcy
633 Spirit Drive Chesterfield, MO 63005

**Montgomery County Tax Claim Bureau**
1 Montgomery Plz, Ste 600
Norristown, PA 19401-4851

**Navient**
Attn: Bankruptcy
PO Box 9635
Wilkes Barre, PA 18773-9635

NelNet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

NMAC
Attn: Bankruptcy
PO Box 660366
Dallas, TX 75266-0366

Nordstrom FSB
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

**One Main Financial**
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731

**Pennsylvania Attorney General**
16th Floor, Strawberry Square Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 12914
Norfolk, VA 23541-0914

**Select Portfolio Servicing, Inc**
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

**Synchrony Bank**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

**Township of Lower Merion**
75 E Lancaster Ave
Ardmore, PA 19003-2300

**U.S. Attorney, Eastern District of PA**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Uplift, Inc.
Attn: Bankruptcy 440 N. Wolfe Road
Sunnyvale, CA 94085

Upstart
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070