UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

Bernice Louellen Shippen,

Debtor.

Case No. ~~24-12584~~ 25-10238

Chapter 13

SSN: xxx-xx-8762

## ORDER DIRECTING EMPLOYER
## TO MAKE WAGE DEDUCTION

Upon motion of Bernice Louellen Shippen, it is hereby **ORDERED** that:

1. Debtor's employer, Lower Merion School District ("the employer") shall pay $775.00 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

   Scott F. Waterman, Chapter 13 Trustee
   P.O. Box 680
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:
**Date: January 30, 2025**

_____
Honorable Ashely M. Chan
Chief Judge, United States Bankruptcy Court

CC:
Lower Merion School District
ATTN: Payroll Office
301 E. Montgomery Ave.
Ardmore, PA 19003