## Bankruptcy Proof of Claim: ▆▆▆▆ [ Account Data Views: ▆ ]

| Borrower: | SHIPPEN,BERNICE L | Address: | 108 W SPRING AVE | Prin Bal: | $155,755.65 | Investor Type: | ▆ |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | ARDMORE | Add Prin Bal: | $1,069.42 (P) | Investor #: | ▆ |
| Due Date: | 02/01/2023 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | ▆ |
| Last Pmt Appd On: | | Zip Code: | 19003 | Total Pmt Amt: | $1,074.36 | PLS Client ID: | ▆ |

## Pre-Petition Claim

### Pre-Petition Claim

| | | | |
|---|---|---|---|
| Petition Claim Date: | 01/21/2025 | Petition Acknowledge Date: | |
| Confirmation Hearing Date: | | Petition Claim Amount: | $25,960.85 |
| Petition Confirmed Amount: | $25,960.85 | Preliminary: | Yes |
| Principal Balance: | $156,825.07 | Pre-Petition Claim Required: | Yes |
| Revised Claim Date: | | | |

#### Payment Schedule For Pre-Petition

Row Count = 4

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 02/01/2023 | 02/01/2023 | $1,074.36 | $1,074.36 | 1 | $40.09 | $40.09 |
| 2 | 03/01/2023 | 03/01/2024 | $1,037.19 | $13,483.47 | 13 | $40.09 | $521.17 |
| 3 | 04/01/2024 | 04/01/2024 | $1,046.48 | $1,046.48 | 1 | $40.09 | $40.09 |
| 4 | 05/01/2024 | 01/01/2025 | $1,043.82 | $9,394.38 | 9 | $40.09 | $360.81 |
| Pymt and Lt Chg Totals: | 02/01/2023 | 01/01/2025 | | $24,998.69 | 24 | | $962.16 |

| Total Late Charges Paid to Date: | $0.00 | | |
|---|---|---|---|

#### Fees For Pre-Petition

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 1

### Post-Petition Claim 1

No Data Available

#### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

No Data Available

#### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

### Post-Petition Claim 2

No Data Available

#### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

No Data Available

#### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |