# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Bernice Louellen Shippen,<br><br>                  Debtors. | Case No. 25-10238<br><br>Chapter 13<br><br>Related to ECF No. 8 |

**Certificate of No Response**

    I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Motion to Extend the Automatic Stay (the "Motion") filed on January 21, 2025. Pursuant to the notice, responses were to be filed and served on or before February 4, 2025. I respectfully request that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

Date: February 6, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com