UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:  CASE NO.: 25-10238
CHAPTER 13

**Bernice Louellen Shippen,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Towd Point Mortgage Trust 2022-3, U.S. Bank Trust Company, National Association as Indenture Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorneys for Secured Creditor
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Sherri Dicks
        Sherri Dicks
        Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BERNICE LOUELLEN SHIPPEN
108 W SPRING AVE APT 9
ARDMORE, PA 19003-1232

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Journie Morosky