# J.D. POWER

5/12/2025

## J.D. POWER Used Cars/Trucks

National Bankruptcy Services, LLC

14841 Dallas Parkway, Suite 300
Dallas, TX 75254
972-643-6612
Joshua.Priddy@NBSDefaultServices.com

## Vehicle Information



| | |
|---|---|
| Vehicle: | 2022 Audi Q5 Utility 4D S-Line Premium Plus 45 AWD 2.0L I4 Turbo Hybrid |
| Region: | Eastern |
| Period: | May 12, 2025 |
| VIN: | WA1EAAFY4N2080091 |
| Mileage: | 47,500 |
| Base MSRP: | $45,800 |
| Typically Equipped MSRP: | $55,040 |
| Weight: | 4,079 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $23,850 | N/A | N/A | **$23,850** |
| Average Trade-In | $25,600 | N/A | N/A | **$25,600** |
| Clean Trade-In | $27,025 | N/A | N/A | **$27,025** |
| Clean Loan | $24,325 | N/A | N/A | **$24,325** |
| Clean Retail | $30,350 | N/A | N/A | **$30,350** |
| **Weekly Auction** | | | | |
| Low | $23,200 | N/A | N/A | **$23,200** |
| Average | $25,575 | N/A | N/A | **$25,575** |
| High | $27,975 | N/A | N/A | **$27,975** |
| **Weekly Used** | | | | |
| Rough Trade-In | $23,825 | N/A | N/A | **$23,825** |
| Average Trade-In | $25,575 | N/A | N/A | **$25,575** |
| Clean Trade-In | $27,000 | N/A | N/A | **$27,000** |
| Clean Loan | $24,300 | N/A | N/A | **$24,300** |

**J.D. POWER**

5/12/2025

J.D. POWER Used Cars/Trucks

|  | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Retail | $30,325 | N/A | N/A | **$30,325** |

*The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

|  | Trade-In/Loan | Retail |
|---|---|---|
| Navigation System | w/body | w/body |