IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BERNICE LOUELLEN SHIPPEN<br>          Debtor,<br><br><br>GLOBAL LENDING SERVICES LLC<br>          Movant,<br><br>     v.<br><br>BERNICE LOUELLEN SHIPPEN, and<br>SCOTT F. WATERMAN, Trustee,<br>          Respondents. | Bankruptcy No. 25-10238-amc<br><br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this ___ day of _____, 2025, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Global Lending Services LLC in the 2022 Audi Q5, VIN: WA1EAAFY4N2080091.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge