IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>BERNICE LOUELLEN SHIPPEN<br>        Debtor,<br><br><br>GLOBAL LENDING SERVICES LLC<br>        Movant,<br><br>    v.<br><br>BERNICE LOUELLEN SHIPPEN, and<br>SCOTT F. WATERMAN, Trustee,<br>        Respondents. | Bankruptcy No. 25-10238-amc<br><br><br>Chapter 13 |
|---|---|

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the June 1, 2025, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Service Via 1st Class Mail

| **Bernice Louellen Shippen**<br>108 W Spring Ave Apt 9<br>Ardmore, PA 19003-1232 | **MICHAEL A. CIBIK**<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |
|---|---|

Service Via Electronic Notification

| **SCOTT F. WATERMAN [Chapter 13]**<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |
|---|---|

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135