## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

Bernice Louellen Shippen,

*Debtor.*

Chapter 13
Case No. 25-10238-AMC

### Certificate of Service

I, Michael A. Cibik, certify that on June 24, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: June 24, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
Chapter 13 Trustee Office
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF

**Global Lending Services LLC**
1200 Brookfield Blvd Ste 300
Greenville, SC 29607
Method of Service: CM/ECF

**Towd Point Mortgage Trust 2022-3**
C/O Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
Method of Service: CM/ECF