| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 25-10238-AMC**

Bernice Louellen Shippen
108 W Spring Ave Apt 9
Ardmore  PA    19003-1232

Petition Filed Date: 01/20/2025
341 Hearing Date: 02/14/2025
Confirmation Date:

**Case Status: Open / Unconfirmed**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $775.00 | 1012676 | 03/21/2025 | $775.00 | 1012760 | 03/31/2025 | $775.00 | 1012930 |
| 04/09/2025 | $775.00 | 1013071 | 04/23/2025 | $775.00 | 1013177 | 05/09/2025 | $775.00 | 1013372 |
| 05/21/2025 | $775.00 | 1013497 | 06/03/2025 | $775.00 | 1013638 | 06/18/2025 | $775.00 | 1013699 |
| 07/02/2025 | $775.00 | 1013828 | 07/15/2025 | $775.00 | 1013860 | 07/29/2025 | $775.00 | 1014014 |

**Total Receipts for the Period: $9,300.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC »» 001 | Unsecured Creditors | $1,482.28 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC »» 002 | Unsecured Creditors | $29,782.30 | $0.00 | $0.00 |
| 3 | DEPARTMENT OF EDUCATION/MOHELA »» 003 | Unsecured Creditors | $4,791.70 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $908.53 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $454.32 | $0.00 | $0.00 |
| 6 | UPSTART NETWORK INC »» 006 | Unsecured Creditors | $14,127.22 | $0.00 | $0.00 |
| 7 | CW NEXUS CREDIT CARD HOLDINGS LLC »» 007 | Unsecured Creditors | $1,267.49 | $0.00 | $0.00 |
| 8 | T-MOBILE USA INC »» 008 | Unsecured Creditors | $311.48 | $0.00 | $0.00 |
| 9 | ONE MAIN FINANCIAL GROUP LLC »» 009 | Unsecured Creditors | $7,501.09 | $0.00 | $0.00 |
| 10 | CHASE BANK USA NA »» 010 | Unsecured Creditors | $4,178.78 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS NATIONAL BANK »» 011 | Unsecured Creditors | $1,084.14 | $0.00 | $0.00 |
| 12 | AFFIRM INC »» 012 | Unsecured Creditors | $672.45 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $8,736.18 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $451.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---:|---:|---:|
| 15 | DISCOVER BANK<br>»» 015 | Unsecured Creditors | $5,246.93 | $0.00 | $0.00 |
| 16 | GLOBAL LENDING SERVICES LLC<br>»» 016 | Secured Creditors | $343.00 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $841.45 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $395.40 | $0.00 | $0.00 |
| 19 | SELECT PORTFOLIO SERVICING INC<br>»» 019 | Mortgage Arrears | $29,243.96 | $0.00 | $0.00 |
| 20 | TOWNSHIP OF LOWER MERION<br>»» 020 | Secured Creditors | $8,349.39 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $10,850.00 | Current Monthly Payment: | $1,690.00 |
| Paid to Claims: | $0.00 | Arrearages: | $280.00 |
| Paid to Trustee: | $678.07 | Total Plan Base: | $100,700.00 |
| Funds on Hand: | $10,171.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.