IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BERNICE LOUELLEN SHIPPEN<br>        Debtor,<br><br><br>GLOBAL LENDING SERVICES LLC<br>        Movant,<br><br>     v.<br><br>BERNICE LOUELLEN SHIPPEN, and<br>SCOTT F. WATERMAN, Trustee,<br>        Respondents. | Bankruptcy No. 25-10238-amc<br><br>Chapter 13 |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE CLERK OF COURTS:

Kindly withdraw the *Motion for Relief from the Automatic Stay* filed on behalf of Global Lending Services LLC on June 1, 2025, at Document No. 28.

Dated: September 3, 2025

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135