# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Bernice Louellen Shippen,<br>　　　Debtor.<br><br>Towd Point Mortgage Trust 2022-3, U.S. Bank Trust Company, National Association as Indenture Trustee,<br>　　　Movant,<br>　　v.<br>Bernice Louellen Shippen,<br>　　　Debtor/Respondent,<br><br>SCOTT F. WATERMAN,<br>　　　Trustee/Additional Respondent. | Bankruptcy No. 25-10238-amc<br><br>Chapter 13 |

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

　　Kindly withdraw the Objection Towd Point Mortgage Trust 2022-3, U.S. Bank Trust Company, National Association as Indenture Trustee to the Chapter 13 Plan of Debtor [at Docket Entry No. 19] filed February 6, 2025.

　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane
　　　　　　　　　　　　　　　　　　& Partners, PLLC
　　　　　　　　　　　　　　　　　　Attorneys for Secured Creditor
　　　　　　　　　　　　　　　　　　6409 Congress Ave., Suite 100
　　　　　　　　　　　　　　　　　　Boca Raton, FL 33487
　　　　　　　　　　　　　　　　　　Telephone: (470) 321-7112
　　　　　　　　　　　　　　　　　　Facsimile: (561) 997-6909

　　　　　　　　　　　　　　　　　　By: /s/Sherri R. Dicks
　　　　　　　　　　　　　　　　　　Sherri R. Dicks, Esquire
　　　　　　　　　　　　　　　　　　Pennsylvania Bar Number 90600
　　　　　　　　　　　　　　　　　　Email: sdicks@raslg.com