

Dealertrack Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

## Global Lending Services

### Lien and Title Information

**Account Information**

| | | | |
|---|---|---|---|
| Account Number | ███ | Financed Date | 10/9/2024 |
| Loan Number | | Perfected Date | 10/14/2024 |
| Branch | | Payoff Date | |
| Borrower 1 | SHIPPEN, BERNICE | Dealer ID | ███ |
| Borrower 2 | | Dealer | Audi Fort Washington |
| Borrower Address | 108 WEST SPRING AVE APT 9 ARDMORE, PA 19003 | Dealer Address | 428 Pennsylvania Ave Fort Washington, PA 19034 |

**Lienholder**

| | |
|---|---|
| ELT Lien ID | ███ |
| Lienholder | Global Lending Services |
| Lienholder Address | PO Box 970 Wilmington, OH 45177 |
| Lien Release Date | |

**Vehicle and Titling Information**

| | | | |
|---|---|---|---|
| VIN | WA1EAAFY4N2080091 | Issuance Date | 10/14/2024 |
| Title Number | 87764802 | Received Date | 10/14/2024 |
| Title State | PA | ELT/Paper | ELECTRONIC |
| Year | 2022 | Odometer Reading | 43155 |
| Make | AUDI | Branding | |
| Model | Q5 | | |
| Owner 1 | SHIPPEN,BERNICE L | | |
| Owner 2 | | | |
| Owner Address | 108 W SPRING AVE APT 9 ARDMORE, PA 19003 | | |

**Printed:** Monday, January 27, 2025 9:55:23 AM PST