# J.D. POWER

9/11/2025

## J.D. POWER Used Cars/Trucks

National Bankruptcy Services, LLC

14841 Dallas Parkway, Suite 300
Dallas, TX 75254
972-643-6612
Joshua.Priddy@NBSDefaultServices.com

## Vehicle Information



| | |
|---|---|
| Vehicle: | 2022 Audi Q5 Utility 4D S-Line Premium Plus 45 AWD 2.0L I4 Turbo Hybrid |
| Region: | Eastern |
| Period: | September 11, 2025 |
| VIN: | WA1EAAFY4N2080091 |
| Mileage: | 52,500 |
| Base MSRP: | $45,800 |
| Typically Equipped MSRP: | $55,040 |
| Weight: | 4,079 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $24,150 | N/A | N/A | **$24,150** |
| Average Trade-In | $25,900 | N/A | N/A | **$25,900** |
| Clean Trade-In | $27,325 | N/A | N/A | **$27,325** |
| Clean Loan | $24,600 | N/A | N/A | **$24,600** |
| Clean Retail | $30,450 | N/A | N/A | **$30,450** |
| **Weekly Auction** | | | | |
| Low | $23,650 | N/A | N/A | **$23,650** |
| Average | $25,875 | N/A | N/A | **$25,875** |
| High | $28,125 | N/A | N/A | **$28,125** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Navigation System | w/body | w/body |