| | |
|---|---|
| Creditor: | Global Lending Services LLC |
| Debtor: | Bernice LOUELLEN Skipper |
| Case No.: | 25-10238-AMC |
| Loan No.: | xxxxxx2123 |
| Our File No.: | 3663-N-1709 |
| Collateral: | 2022 AUDI Q5 WA1EAAFY4N2080091 |

**PAYMENTS RECEIVED**
Loan Status as of September 11, 2025

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Assessed | Paid Over/Short |
|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | |
| 02/28/2025 | 1 | $0.00 | 02/19/2025 | $336.27 | | | ($336.27) |
| 03/31/2025 | 1 | $0.00 | 03/19/2025 | $336.27 | | | ($336.27) |
| 04/30/2025 | 1 | $0.00 | 04/19/2025 | $336.27 | | | ($336.27) |
| 05/31/2025 | 1 | $0.00 | 05/19/2025 | $336.27 | | | ($336.27) |
| 06/12/2025 | 1 | $845.08 | 06/19/2025 | $336.27 | | | $508.81 |
| 06/27/2025 | 1 | $500.00 | | | | | $500.00 |
| 07/01/2025 | 1 | $337.00 | 07/19/2025 | $336.27 | | | $0.73 |
| 08/31/2025 | 1 | $0.00 | 08/19/2025 | $336.27 | | | ($336.27) |
| 09/26/2025 | 1 | $0.00 | 09/19/2025 | $336.27 | | | ($336.27) |
| **Total:** | | **$1,682.08** | | **$2,690.16** | | **$0.00** | **($1,008.08)** |

1                                                                                       3663-N-1709