United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10238-amc |
| Bernice Louellen Shippen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 02, 2025 | Form ID: 155 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bernice Louellen Shippen, 108 W Spring Ave Apt 9, Ardmore, PA 19003-1232 |
| 15029247 | + | Gilbert P. High, Jr., Esquire, 40 East Airy Street, Norristown, PA 19401-4803 |
| 14970208 | | Hladik, Onorato & Federman, LLP, Attn: Bankruptcy, 298 Wissahickon Ave, North Wales, PA 19454-4156 |
| 14970216 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14970222 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14970232 | | Township of Lower Merion, 75 E Lancaster Ave, Ardmore, PA 19003-2300 |
| 14970234 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14970236 | + | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14973845 | + | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14970190 | | Email/Text: bncnotifications@pheaa.org | Oct 03 2025 00:17:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14970189 | | Email/Text: bankruptcy@rentacenter.com | Oct 03 2025 00:17:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14970192 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 03 2025 00:26:27 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14981236 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:27:12 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14970193 | | Email/Text: ally@ebn.phinsolutions.com | Oct 03 2025 00:16:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14978894 | | Email/PDF: bncnotices@becket-lee.com | Oct 03 2025 00:28:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14970194 | | Email/PDF: bncnotices@becket-lee.com | Oct 03 2025 00:26:25 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14970196 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 03 2025 00:17:00 | Bank Of America, Attn: Bankruptcy 100 North Tryon St, Charlotte, NC 28255-0001 |
| 14970195 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 03 2025 00:16:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14974128 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 03 2025 00:38:17 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14970197 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 00:26:29 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14970198 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2025 00:27:17 | Citibank, Attn: Citicorp Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |

Case 25-10238-amc    Doc 51    Filed 10/04/25    Entered 10/05/25 00:40:03    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: 155 | Total Noticed: 67 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14970199 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2025 00:17:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14970200 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2025 00:17:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14970201 | ^ | MEBN | Oct 03 2025 00:16:07 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14970202 | | Email/Text: mrdiscen@discover.com | Oct 03 2025 00:16:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14970212 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2025 00:26:34 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14983388 | | Email/Text: mrdiscen@discover.com | Oct 03 2025 00:16:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14970205 | | Email/Text: BNSFS@capitalsvcs.com | Oct 03 2025 00:17:00 | First Savings Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 14970203 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 03 2025 00:17:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14970204 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 03 2025 00:17:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14970206 | | Email/Text: bankruptcy@glsllc.com | Oct 03 2025 00:16:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29607-6583 |
| 14983689 | | Email/Text: bankruptcy@glsllc.com | Oct 03 2025 00:16:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 14970207 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 03 2025 00:17:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14970209 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2025 00:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14984773 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 03 2025 00:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14970210 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 03 2025 00:17:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14977016 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2025 00:27:06 | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington DE 19850-5368 |
| 14976899 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 03 2025 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14970211 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2025 00:27:14 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14973327 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:26:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14970215 | | Email/Text: EBN@Mohela.com | Oct 03 2025 00:17:00 | Mohela, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005 |
| 14972591 | | Email/Text: EBN@Mohela.com | Oct 03 2025 00:17:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14970213 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 03 2025 00:17:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14970214 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 03 2025 00:27:39 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14970219 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 03 2025 00:17:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 14970217 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

Case 25-10238-amc   Doc 51   Filed 10/04/25   Entered 10/05/25 00:40:03   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: 155 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 03 2025 00:27:02 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14970218 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 03 2025 00:17:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14970220 | | Email/Text: bnc@nordstrom.com | Oct 03 2025 00:17:46 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14970221 | + | Email/PDF: cbp@omf.com | Oct 03 2025 00:38:18 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14987219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2025 00:39:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14970225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2025 00:38:17 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14970223 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14970224 | ^ | MEBN | Oct 03 2025 00:15:55 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14972341 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2025 00:17:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14972339 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2025 00:17:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14970226 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 03 2025 00:17:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14970227 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:26:25 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14970228 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:28:00 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14970229 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:26:37 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14970230 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:27:05 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14970231 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:26:30 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14974595 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 03 2025 00:26:29 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15001030 | + | Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | Towd Point Mortgage Trust, c/o SHERRI DICKS, Robertson Anschutz Schneid Crane &, Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| 14974687 | + | Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | Towd Point Mortgage Trust 2022-3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14988726 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 03 2025 00:17:00 | Towd Point Mortgage Trust 2022-3, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14970233 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 03 2025 00:17:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14970235 | | Email/Text: bankruptcies@uplift.com | Oct 03 2025 00:16:00 | Uplift Inc, Attn: Bankruptcy 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 14970236 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 03 2025 00:17:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San |

| Recip ID | | | |
|---|---|---|---|
| 14973845 | + Email/Text: UpStart@ebn.phinsolutions.com | Oct 03 2025 00:17:00 | Carlos, CA 94070-7503<br>Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14970191 | * | AES, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14974797 | *+ | Towd Point Mortgage Trust 2022-3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15000862 | *+ | Towd Point Mortgage Trust 2022-3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Bernice Louellen Shippen help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Towd Point Mortgage Trust 2022-3  U.S. Bank Trust Company, National Association as Indenture Trustee rshearer@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHERRI DICKS | on behalf of Creditor Towd Point Mortgage Trust 2022-3 sdicks@raslg.com  shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor Towd Point Mortgage Trust 2022-3  U.S. Bank Trust Company, National Association as Indenture Trustee sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Bernice Louellen Shippen  )  Case No. 25−10238−amc
)
)
   Debtor(s).  )  Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 1, 2025                                                                 For The Court

                                                                                         Ashely M. Chan
                                                                                          Chief Judge, United States Bankruptcy Court