UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Bernice Louellen Shippen         :         Chapter 13

                                                                    :

                    Debtor
                                                                    :
                                                                         Bankruptcy No.25-10238-AMC

**OBJECTION TO PROOF OF CLAIM NO. 4-1 OF LVNV FUNDING LLC**

Scott F. Waterman, the Chapter 13 Trustee, pursuant to 11 U.S.C. § 502 and F.R.B.P. 3001(c) hereby objects to Proof of Claim 4-1 of LVNV FUNDING LLC ("Creditor") and states the following reasons in support thereof

1. On January 20, 2025 the Debtor filed the instant Chapter 13 case.

2. On January 29, 2025 Creditor filed the attached unsecured Proof of Claim No. 4-1 in the amount of $908.53. A true and correct copy of the Proof of Claim (pages 1-7) is attached hereto as Exhibit "A.

3. The statute of limitations for any breach of contract claim is 4 years from the date of the breach. See 42 Pa.C.S.A. § 5525; In re Michael Angelo Corry Inn, Inc., 297 B.R. 435 (W.D. Pa. 2003); Baird v. Marley Company, 537 F. Supp. 156 (Bankr. E.D. Pa. 1982).

4. According to the Proof of Claim, the Creditor admits that the Debtor's last payment was on July 10, 2012, over thirteen years prior to the filing in this case. (See page 4 of Proof of Claim)

5. The statute of limitations regarding the debt listed in this proof of claim has expired.

**WHEREFORE**, the Chapter 13 Trustee requests that this Court sustain his objection and disallow the claim and enter the attached Order.

Dated: October 27, 2025                          Respectfully submitted,

                                                                    */s/ Scott F. Waterman*
                                                                    Scott F. Waterman, Esquire
                                                                    Chapter 13 Standing Trustee
                                                                    2901 St. Lawrence Avenue, Suite 100
                                                                    Reading, PA  19606
                                                                    (610)779-1313