UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    Bernice Louellen Shippen | : Chapter 13 |
| | : |
| | : |
|    Debtor(s) | : Bankruptcy No. 25-10238-AMC |

## CERTIFICATE OF SERVICE

I, Scott F. Waterman, Esquire do hereby certify that on this date a true and correct copy of the Standing Chapter 13 Trustee's Objection to the Proof of Claim No. 4-1 of LVNV Funding, LLC. along with the Notice of Hearing have been served by first class mail upon those listed below except where noted:

Bernice Louellen Shippen
108 W. Spring Ave. Apt. 9
Ardmore, PA 19003

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

**Electronically via ECF/System ONLY:**

Michael A. Cibik, Esquire
(Attorney for Debtor)

Office of the United States Trustee


Dated: October 27, 2025                           */s/Scott F. Waterman*
                                                      Scott F. Waterman, Esq.
                                                      Standing Chapter 13 Trustee