UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Bernice Louellen Shippen        : Chapter 13
                                                    :
                                                    :
    Debtor(s)                       : Bankruptcy No.  25-10238-AMC

## **O R D E R**

AND NOW, upon consideration of the the Chapter 13 Trustee's Objection to Proof of Claim Number 4-1 of LVNV Funding, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 4-1 of LVNV Funding, LLC. is disallowed**.**

                           **BY THE COURT:**

Dated: _____                    _____
                                  **ASHELY M. CHAN,**
                                  **Chief Bankruptcy Judge**