UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    Bernice Louellen Shippen    : Chapter 13
     :
     :
    Debtor(s)    : Bankruptcy No. 25-10238-AMC

## O R D E R

AND NOW, upon consideration of the the Chapter 13 Trustee's Objection to Proof of Claim Number 4-1 of LVNV Funding, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 4-1 of LVNV Funding, LLC. is disallowed.

          **BY THE COURT:**

Dated: Dec. 11, 2025

          **ASHELY M. CHAN,**
          **Chief Bankruptcy Judge**