# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Bernice Louellen Shippen,<br>    Debtor.<br>TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,<br>    Movant,<br>        v.<br>Bernice Louellen Shippen,<br>    Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>    Trustee/Additional Respondent. | Bankruptcy No. 25-10238-amc<br><br>Chapter 13<br><br>Hearing Date: February 25, 2026<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Second Floor, Philadelphia, PA 19107<br>Courtroom Number #4 |

**MOTION OF TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE TO FORECLOSE ON 112 W. SPRING AVE., ARDMORE, PENNSYLVANIA 19003-1222**

TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE ("Movant" or "Secured Creditor"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d), for a modification of the automatic stay provisions for cause, and, in support thereof, states the following:

1. Bernice Louellen Shippen ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on January 20, 2025.

2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On March 14, 2007, Bernice L. Shippen executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $182,000.00 to Countrywide Home Loans, Inc. A true and correct copy of the Note is attached hereto as Exhibit "A."

4. The Mortgage was recorded on March 30, 2007 in Book 12070 at Page 02323 and as Instrument Number 2007039624 of the Public Records of Montgomery County, Pennsylvania. A true and correct copy of the Mortgage is attached hereto as Exhibit "B."

5. The Mortgage was secured as a lien against the real property located at 108 W. Spring Ave., Apt. 9, Ardmore, Pennsylvania 19003 f/k/a 112 W. Spring Ave., Ardmore, Pennsylvania 19003-1222 ("the Property").

6. In addition, a Loan Modification ("Agreement") was entered into on December 27, 2021, creating a new principal balance of $158,306.08. A true and correct copy of the Agreement is attached hereto as Exhibit "C."

7. The loan was last assigned to TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE and same recorded with the Montgomery County Recorder of Deeds on August 14, 2023 as Instrument Number 2023042636 at Book 15798 and Page 00427. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "D."

8. Select Portfolio Servicing, Inc. is the servicer of the loan described in the Note and Mortgage and, as such, has the authority to initiate the instant action and any foreclosure

on the Creditor's behalf.

9. Based upon the Debtor(s)' Second Amended Chapter 13 Plan (at Docket No. 37), the Debtor intends to cure Movant's pre-petition arrearages through the Second Amended Chapter 13 Plan and remains responsible for remitting post-petition payments directly to Movant. A true and correct copy of the Second Amended Chapter 13 Plan is attached hereto as Exhibit "E."

10. Debtor has failed to make the monthly payments of principal, interest, and escrow in the amount of $1,053.24 which came due during the period February 1, 2025 through November 1, 2025. *see* Exhibit "F."

11. Thus, through November 30, 2025, Debtor(s)' post-petition arrearage totaled $10,532.40.

12. As of November 19, 2025, the unpaid principal balance due under the loan documents is $156,825.07. Movant's total claim amount, itemized below, is currently $188,526.00. *see* Exhibit "G."

| Principal Balance | $156,825.07 |
|---|---|
| Interest | $20,294.90 |
| Escrow Advance | $8,738.00 |
| Accum Late Charges | $160.36 |
| Recoverable balance | $2,507.67 |
| Total to Payoff | $188,526.00 |

13. According to the Debtor(s)' schedules, the value of the Property is $253,312.00. A true and accurate copy of the Debtor(s)' Schedule A/B is attached hereto as Exhibit "H."

14. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause" which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan,

on a secured debt or where the Debtor(s) has no assets or equity in the Mortgaged Property.

15. As set forth herein, Debtor defaulted on the instant secured obligation by failing to make monthly post-petition installment payments when they became due.

16. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an Action in Mortgage Foreclosure or scheduling the Property for Sheriff Sale.

17. In addition, once the automatic stay is terminated, the Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, gain possession of said collateral, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Dated: January 22, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Sherri R. Dicks
SHERRI R. DICKS
Email: sdicks@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Bernice Louellen Shippen | CHAPTER: 13 |
| Debtor(s) | CASE NO.  25-10238-amc |

## VERIFICATION

Property Address:
112 W SPRING AVE, ARDMORE, PA 19003-1222

Mortgage Servicer:
Select Portfolio Servicing, Inc.

Post-petition mailing address for Debtor(s) to send payment:
Select Portfolio Servicing, Inc.  Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Mortgagor(s)/Debtor(s):
Bernice Louellen Shippen

Payments are contractually due:

Monthly X Semi-monthly   ☐ Bi-weekly   ☐ Other

Each Monthly Payment is comprised of:
Principal and Interest.....    $801.83
R.E. Taxes.....................    $0.00
Insurance......................    $0.00
Late Charge...................    $0.00
Other............................    $251.41    (Specify: Escrow)
**TOTAL**.......................    **$1,053.24**

**POST-PETITION PAYMENTS** (Petition was filed on January 20, 2025)

| Date Received | Amount Received | Payment Amount Due | | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 02/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |
| 03/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |
| 04/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |
| 05/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |
| 06/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |
| 07/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |
| 08/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |
| 09/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |
| 10/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |
| 11/01/2025 | DUE | $1,053.24 | | $0.00 | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 10 as of November 19, 2025.

TOTAL AMOUNT OF POST-PETITION ARREARS: $10,532.40 as of November 19, 2025.

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746 that the statements in the foregoing Pleading are true and correct to the best of my information, knowledge and belief.

Dated: JAN 1 5 2026

Select Portfolio Servicing, Inc.
_____
Mortgage Company

Sherrilyn Heflin          Document Control Officer
_____
(Print Name and Title)

3217 S. Decker Lake Drive
Salt Lake City, Utah 84119
_____
Location                          Signature