## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Bernice Louellen Shippen,<br>  Debtor.<br>TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,<br>  Movant,<br>   v.<br>Bernice Louellen Shippen,<br>  Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>  Trustee/Additional Respondent. | Bankruptcy No. 25-10238-amc<br><br>Chapter 13 |

**ORDER**

AND NOW, this day of          , 2026, upon consideration of TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE's Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d) any response thereto and this court's finding that the mortgaged property is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the United States Bankruptcy Code are hereby unconditionally terminated with respect to TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE; and it is further

ORDERED, that TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE, its successors and/or assigns are entitled to proceed with appropriate state court remedies against the real property located at 112 W. SPRING AVENUE, ARDMORE, PA 19003-1222 including without limitation, Sheriff Sale of the property, and it is further

ORDERED that TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is granted, and it is further

ORDERED that the Chapter 13 Trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or Order to the contrary, Movant must return to the Trustee any payments received from the Trustee on account of Movant's secured claim after entry of this Order.

BY THE COURT:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Court Judge