# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Bernice Louellen Shippen,<br>　　Debtor.<br>TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,<br>　　Movant,<br>　　　v.<br>Bernice Louellen Shippen,<br>　　Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>　　Trustee/Additional Respondent. | Bankruptcy No. 25-10238-amc<br><br>Chapter 13<br><br>Hearing Date: February 25, 2026<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Second Floor, Philadelphia, PA 19107<br>Courtroom Number #4 |

## CERTIFICATE OF SERVICE

I, Sherri R. Dicks, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on January 22, 2026, I caused to be served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, via CM/ECF and/or Electronic Mail and/or First Class Mail, postage prepaid to the below Service List.

**Service List**

**Debtors**
Bernice Louellen Shippen
108 W. Spring Ave., Apt 9
Ardmore, PA 19003-1232

**Debtor Attorney**
MICHAEL A. CIBIK ESQ.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**Trustee**
SCOTT F. WATERMAN]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**U.S. Trustee**
FREDERIC J. BAKER
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107


Dated: January 22, 2026

                                      **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Sherri R. Dicks
SHERRI R. DICKS
Email: sdicks@raslg.com

25-10238-amc
24-181709
MFR