# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Bernice Louellen Shippen,<br><br>*Debtor.* | Chapter 13<br>Case No. 25-10238-AMC |

## Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtor Bernice Louellen Shippen, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by Towd Point Mortgage Trust 2022-3.

Date: February 3, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Towd Point Mortgage Trust 2022-3 to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: February 3, 2026

/s/ Michael A. Cibik
Michael A. Cibik