IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>BERNICE LOUELLEN SHIPPEN<br>    Debtor,<br><br><br>GLOBAL LENDING SERVICES LLC<br>    Movant,<br><br>       v.<br><br>BERNICE LOUELLEN SHIPPEN,  and<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>    Respondents. | Bankruptcy No.  25-10238-amc<br><br><br><br>Chapter  13 |

## PRAECIPE TO RE-LIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Motor Credit Corporation (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1.      On September 26, 2025, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 45.

2.      On September 26, 2025, a Hearing was set on the Motion for Relief from the Automatic Stay. The hearing was scheduled for October 15, 2025.

3.      On October 15, 2025, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed. After lengthy negotiations, settlement talks have broken down.

### RELIEF REQUESTED

4.      Movant now requests that this Honorable Court re-list the hearing on the Motion for Relief from the Automatic Stay for July 15, 2026, at 11:00 a.m.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*

Dated: March 6, 2026