IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>BERNICE LOUELLEN SHIPPEN<br>    Debtor,<br><br><br>GLOBAL LENDING SERVICES LLC<br>    Movant,<br><br>          v.<br><br>BERNICE LOUELLEN SHIPPEN,  and<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>    Respondents. | Bankruptcy No.  25-10238-amc<br><br><br><br>Chapter  13 |

## NOTICE OF HEARING DATE

Toyota Motor Credit Corporation has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on September 26, 2025, at Docket No. 45.

A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Ashely M. Chan on July 15, 2026, at 11:00 a.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*