IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>BERNICE LOUELLEN SHIPPEN<br>      Debtor,<br><br><br>GLOBAL LENDING SERVICES LLC<br>      Movant,<br><br>            v.<br><br>BERNICE LOUELLEN SHIPPEN,  and<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>      Respondents. | Bankruptcy No.  25-10238-amc<br><br><br><br>Chapter  13 |

CERTIFICATE OF SERVICE

        I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that June 2, 2026, I served a copy of the Praecipe to Re-list Hearing on the Motion for Relief from the Automatic Stay and the Notice of Hearing by electronic mail at the following addresses and service by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

Service via 1st class mail

| | |
|---|---|
| **Bernice Louellen Shippen**<br>108 W Spring Ave Apt 9<br>Ardmore, PA 19003-1232 | **MICHAEL A. CIBIK**<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |

Notice via electronic notification

| | |
|---|---|
| **SCOTT F. WATERMAN [Chapter 13]**<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112