**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Bernice Louellen Shippen,<br><br>    Debtor.<br><br>TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,<br>    Movant,<br><br>      v.<br><br>Bernice Louellen Shippen,<br><br>    Debtor/Respondent,<br><br>SCOTT F. WATERMAN,<br><br>    Trustee/Additional Respondent. | Bankruptcy No. 25-10238-amc<br><br>Chapter 13 |

**<u>ORDER</u>**

AND NOW, this_____day of _____, 2026, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from Automatic Stay of TOWD POINT MORTGAGE TRUST

2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,

it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge