**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Bernice Louellen Shippen,<br><br>      Debtor.<br><br>TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,<br>      Movant,<br><br>            v.<br><br>Bernice Louellen Shippen,<br><br>      Debtor/Respondent,<br><br>SCOTT F. WATERMAN,<br><br>      Trustee/Additional Respondent. | Bankruptcy No. 25-10238-amc<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on _____, 2026, I caused to be served a copy of the Stipulation Resolving Motion for Relief from Automatic Stay of  TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE via First Class Mail, postage prepaid, and/or electronic mail per the attached Service List.

**Service List**

**Bernice Louellen Shippen**
108 W Spring Ave., Apt 9
Ardmore, PA 19003-1232

**MICHAEL A. CIBIK**
Cibik Law, P.C.

1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**SCOTT F. WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**FREDERIC J. BAKER**
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/Sherri R. Dicks
　　SHERRI R. DICKS