**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Bernice Louellen Shippen,<br><br>    Debtor.<br><br>TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,<br>    Movant,<br><br>      v.<br><br>Bernice Louellen Shippen,<br><br>    Debtor/Respondent,<br><br>SCOTT F. WATERMAN,<br><br>    Trustee/Additional Respondent. | Bankruptcy No. 25-10238-amc<br><br>Chapter 13 |

**ORDER**

AND NOW, this 18th day of June, 2026, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from Automatic Stay of TOWD POINT MORTGAGE TRUST

2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,

it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge