IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>BERNICE LOUELLEN SHIPPEN<br>      Debtors,<br><br>GLOBAL LENDING SERVICES LLC<br>      Movant,<br><br><br>                    v.<br><br><br>BERNICE LOUELLEN SHIPPEN<br>SCOTT F. WATERMAN, Trustee,<br>      Respondents. | Bankruptcy No. 25-10238-amc<br><br><br>Chapter 13 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, comes Movant, Global Lending Services LLC (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire and, Debtor, Bernice Louellen Shippen (the "Debtor"), by and through their undersigned counsel, Michael A. Cibik, Esquire and together file this *Stipulation Resolving Motion for Relief from the Automatic Stay* (the "Stipulation"), stating as follows:

1. On or about October 5, 2024, the Debtor entered into a Retail Installment Sales Contract ("Note") with the Movant for the purchase of the 2022 Audi Q5 VIN: WA1EAAFY4N2080091 (the "Vehicle") with the Movant.

2. Movant has a secured interest in the 2022 Audi Q5 VIN: WA1EAAFY4N2080091as evidenced by the Certificate of Title.

3. Movant filed a Motion for Relief from the Automatic Stay on September 26, 2025 as post petition payments were delinquent and due and owing from July 19, 2205.

4. The parties have agreed to resolve this matter by the Debtors paying Movant $4,707.05 through an amended plan to be filed within thirty (30) days of this Stipulation being approved to cure the default through August 2026.

5. Beginning with the September 1, 2026, payment, the Debtor shall make her regular monthly payment in the amount of 336.27 to the Movant directly.

6.      Payments shall be made to Global Lending Services, LLC, P.O. Box 935538, Atlanta, GA 31193-5538.

6.   Payments must be received by Movant at the above-referenced address on or before the 1st day of each month.  Debtor will be in default under the Stipulation in the event that the Debtor fails to comply with the payment terms and conditions in Paragraph 4-6, *supra.*  If Debtor default under this Stipulation, Movant will send Debtor and Debtor's counsel a Notice of Default. Debtor will have ten (10) days from the date of the Notice of Default to cure the default.  If default is not cured after ten days, a Certification of Default will be immediately filed with the Court by the Movant.

6.      In the event the instant bankruptcy case is converted to a case under Chapter 7 of the Bankruptcy Code, the Debtor shall cure the pre-petition and post-petition arrears within thirty (30) days from the date of such conversion.  Should the Debtor fail to cure said arrears within the thirty-day period, such failure shall be deemed a default under the terms of this Stipulation and Movant will send Debtor and Debtor's counsel a written Notice of Default.  If the default is not cured within ten (10) days from the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Vehicle.

7.    This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy.  No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence.  No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

Agreed to by:

By: /s/ *Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
Metz Lewis Brodman Must   O'Keefe
444 Liberty Avenue
Suite 2100
Pittsburgh, PA 15222
412-918-1112

*Counsel for Movant*

By: /s/ Ann Swartz
Staff Attorney for
Scott F. Waterman,
Standing Chapter 13 Trustee

Dated: July 30, 2026

By: /s/ *Michael A. Cibik*
Michael A. Cibik, Esquire
PA I.D. # 23110
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
Email: help@cibiklaw.com
*Counsel for the Debtor*