IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>BERNICE LOUELLEN SHIPPEN<br>     Debtors,<br><br>GLOBAL LENDING SERVICES LLC<br>     Movant,<br><br>        v.<br><br>BERNICE LOUELLEN SHIPPEN<br>SCOTT F. WATERMAN, Trustee,<br>     Respondents. | Bankruptcy No. 25-10238-amc<br><br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this 11th day of _____August_____, 2026, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation

is approved.

BY THE COURT

_____

Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge