United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-10238-amc

Bernice Louellen Shippen                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Bernice Louellen Shippen, 108 W Spring Ave Apt 9, Ardmore, PA 19003-1232 |
| cr | + Global Lending Services LLC, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor Towd Point Mortgage Trust 2022-3  U.S. Bank Trust Company, National Association as Indenture Trustee jkatz@raslg.com |
| KERI P EBECK | on behalf of Creditor Global Lending Services LLC kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Bernice Louellen Shippen help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Towd Point Mortgage Trust 2022-3  U.S. Bank Trust Company, National Association as Indenture Trustee |

District/off: 0313-2                         User: admin                                    Page 2 of 2

Date Rcvd: Aug 11, 2026                   Form ID: pdf900                          Total Noticed: 2

rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHERRI DICKS
    on behalf of Creditor Towd Point Mortgage Trust 2022-3 shrdlaw@outlook.com  shrdlaw@outlook.com

SHERRI DICKS
    on behalf of Creditor Towd Point Mortgage Trust 2022-3  U.S. Bank Trust Company, National Association as Indenture Trustee
    shrdlaw@outlook.com, shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>BERNICE LOUELLEN SHIPPEN<br>        Debtors,<br><br>GLOBAL LENDING SERVICES LLC<br>        Movant,<br><br>              v.<br><br>BERNICE LOUELLEN SHIPPEN<br>SCOTT F. WATERMAN, Trustee,<br>        Respondents. | Bankruptcy No. 25-10238-amc<br><br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 11th day of ___August___, 2026, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation

is approved.

BY THE COURT

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge