**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Bernice Louellen Shippen,<br><br>Debtor. | Case No. 25-10238-AMC<br>Chapter 13<br>SSN: xxx-xx-8762 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Bernice Louellen Shippen, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: August 26, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com