Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Bernice Louellen Shippen
108 W Spring Ave Apt 9
Ardmore, PA 19003-1232

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-10238-AMC**

Petition Filed Date: 01/20/2025
341 Hearing Date: 02/14/2025
Confirmation Date: 10/01/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2025 | $775.00 | 1014045 | 08/27/2025 | $775.00 | 1014194 | 09/10/2025 | $775.00 | 1014308 |
| 09/23/2025 | $775.00 | 1014566 | 10/16/2025 | $775.00 | 1014666 | 10/21/2025 | $775.00 | 1014785 |
| 11/07/2025 | $775.00 | 1015071 | 11/18/2025 | $775.00 | 1015164 | 12/02/2025 | $775.00 | 1015321 |
| 12/18/2025 | $775.00 | 1015408 | 12/30/2025 | $775.00 | 1015564 | 01/13/2026 | $775.00 | 1015635 |
| 02/06/2026 | $775.00 | 1015734 | 02/13/2026 | $775.00 | 1015934 | 02/24/2026 | $775.00 | 1016103 |
| 03/10/2026 | $775.00 | 1016144 | 03/31/2026 | $775.00 | 1016313 | 04/07/2026 | $775.00 | 1061365 |
| 04/21/2026 | $775.00 | 1016502 | 05/11/2026 | $775.00 | 1016725 | 05/20/2026 | $775.00 | 1016854 |
| 06/10/2026 | $775.00 | 1017006 | 06/24/2026 | $775.00 | 1017153 | 07/13/2026 | $775.00 | 1017171 |
| 07/22/2026 | $775.00 | 1017206 | | | | | | |

**Total Receipts for the Period: $19,375.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $30,225.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC<br>»» 001 | Unsecured Creditors | $1,482.28 | $0.00 | $1,482.28 |
| 2 | QUANTUM3 GROUP LLC<br>»» 002 | Unsecured Creditors | $29,782.30 | $0.00 | $29,782.30 |
| 3 | DEPARTMENT OF EDUCATION/MOHELA<br>»» 003 | Unsecured Creditors | $4,791.70 | $0.00 | $4,791.70 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $454.32 | $0.00 | $454.32 |
| 6 | UPSTART NETWORK INC<br>»» 006 | Unsecured Creditors | $14,127.22 | $0.00 | $14,127.22 |
| 7 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 007 | Unsecured Creditors | $1,267.49 | $0.00 | $1,267.49 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $311.48 | $0.00 | $311.48 |
| 9 | ONEMAIN FINANCIAL GROUP LLC<br>»» 009 | Unsecured Creditors | $7,501.09 | $0.00 | $7,501.09 |

**Chapter 13 Case No. 25-10238-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | JP MORGAN CHASE BANK NA<br>»» 010 | Unsecured Creditors | $4,178.78 | $0.00 | $4,178.78 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $1,084.14 | $0.00 | $1,084.14 |
| 12 | AFFIRM INC<br>»» 012 | Unsecured Creditors | $672.45 | $0.00 | $672.45 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $8,736.18 | $0.00 | $8,736.18 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $451.00 | $0.00 | $451.00 |
| 15 | DISCOVER BANK<br>»» 015 | Unsecured Creditors | $5,246.93 | $0.00 | $5,246.93 |
| 16 | GLOBAL LENDING SERVICES LLC<br>»» 016 | Secured Creditors | $343.00 | $214.41 | $128.59 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $841.45 | $0.00 | $841.45 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $395.40 | $0.00 | $395.40 |
| 19 | SELECT PORTFOLIO SERVICING INC<br>»» 019 | Mortgage Arrears | $29,243.96 | $18,280.44 | $10,963.52 |
| 20 | TOWNSHIP OF LOWER MERION<br>»» 020 | Secured Creditors | $8,349.39 | $5,219.21 | $3,130.18 |
| 21 | CORNERSTONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | FINGERHUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | MARINER FINANCE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | NORDSTROM SIGNATURE VISA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | SELECT PORTFOLIO SERVICING INC<br>»» 021 | Mortgage Arrears | $15,897.90 | $0.00 | $15,897.90 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,225.00 | Current Monthly Payment: | $1,690.00 |
| Paid to Claims: | $28,089.06 | Arrearages: | $1,185.00 |
| Paid to Trustee: | $2,135.93 | Total Plan Base: | $100,700.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.