**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Bernice Louellen Shippen,<br><br>Debtor. | Chapter 13<br><br>Case No. 25-10238-AMC |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 80, the “Motion”);

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 79) is **APPROVED**.

**Date:** Oct. 15, 2026

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge