United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-10238-amc
Bernice Louellen Shippen Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 5
Date Rcvd: Oct 29, 2026 Form ID: pdf900 Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bernice Louellen Shippen, 108 W Spring Ave Apt 9, Ardmore, PA 19003-1232 |
| cr | + | Global Lending Services LLC, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |
| 15029247 | + | Gilbert P. High, Jr., Esquire, 40 East Airy Street, Norristown, PA 19401-4803 |
| 14970216 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14970222 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14970232 | | Township of Lower Merion, 75 E Lancaster Ave, Ardmore, PA 19003-2300 |
| 14970234 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2026 18:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2026 18:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2026 18:01:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 29 2026 18:01:00 | Towd Point Mortgage Trust 2022-3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14970190 | | Email/Text: bncnotifications@pheaa.org | Oct 29 2026 18:01:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14970189 | | Email/Text: bankruptcy@rentacenter.com | Oct 29 2026 18:01:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14970192 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 29 2026 17:56:07 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14981236 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2026 17:56:04 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14970193 | | Email/Text: ally@ebn.phinsolutions.com | Oct 29 2026 18:01:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14978894 | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2026 17:55:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14970194 | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2026 17:56:37 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14970196 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Oct 29 2026 18:01:00 | Bank Of America, Attn: Bankruptcy 100 North |

| | | | | |
|---|---|---|---|---|
| | | | | Tryon St, Charlotte, NC 28255-0001 |
| 14970195 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 29 2026 18:01:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14974128 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 17:56:23 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14970197 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2026 17:56:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14970198 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2026 17:56:17 | Citibank, Attn: Citicorp Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14970199 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2026 18:01:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14970200 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2026 18:01:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14970201 | ^ | MEBN | Oct 29 2026 17:50:12 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14970202 | | Email/Text: mrdiscen@discover.com | Oct 29 2026 18:01:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14970212 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2026 18:06:57 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14983388 | | Email/Text: mrdiscen@discover.com | Oct 29 2026 18:01:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14970205 | | Email/Text: BNSFS@capitalsvcs.com | Oct 29 2026 18:01:00 | First Savings Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 14970203 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 17:56:38 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14970204 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 17:56:18 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14970206 | | Email/Text: bankruptcy@glsllc.com | Oct 29 2026 18:01:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29607-6583 |
| 14983689 | | Email/Text: bankruptcy@glsllc.com | Oct 29 2026 18:01:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 14970207 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 29 2026 18:01:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14970208 | ^ | MEBN | Oct 29 2026 17:50:15 | Hladik, Onorato & Federman, LLP, Attn: Bankruptcy, 298 Wissahickon Ave, North Wales, PA 19454-4156 |
| 14970209 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2026 18:01:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14984773 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2026 18:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14970210 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2026 18:01:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14977016 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 29 2026 17:55:59 | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington DE 19850-5368 |
| 14976899 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 29 2026 18:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14970211 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 29 2026 17:56:37 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14973327 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 29 2026 17:56:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14970215 | | Email/Text: EBN@Mohela.com | Oct 29 2026 18:01:00 | Mohela, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005 |
| 14972591 | | Email/Text: EBN@Mohela.com | Oct 29 2026 18:01:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14970213 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 29 2026 18:01:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14970214 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 17:56:03 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14970219 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 29 2026 18:01:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 14970217 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 29 2026 17:56:01 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14970218 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 29 2026 18:01:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14970220 | | Email/Text: bankruptcy@td.com | Oct 29 2026 18:01:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14970221 | + | Email/PDF: cbp@omf.com | Oct 29 2026 17:55:58 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14987219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2026 17:56:38 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14970225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2026 17:56:38 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14970223 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2026 18:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14970224 | ^ | MEBN | Oct 29 2026 17:50:14 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14972341 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2026 18:01:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14972339 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2026 18:01:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14970226 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 29 2026 18:02:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14970227 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2026 17:56:18 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14970228 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2026 17:55:58 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14970229 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2026 17:56:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14970230 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2026 17:56:18 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14970231 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2026 17:56:36 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14974595 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2026 17:56:20 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15001030 | + | Email/Text: RASEBN@raslg.com | Oct 29 2026 18:01:00 | Towd Point Mortgage Trust, c/o SHERRI DICKS, Robertson Anschutz Schneid Crane &, Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, |

| | | | | |
|---|---|---|---|---|
| | | | | Fairfield, NJ 07004-2927 |
| 14974687 | + | Email/Text: RASEBN@raslg.com | Oct 29 2026 18:01:00 | Towd Point Mortgage Trust 2022-3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14988726 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 29 2026 18:02:00 | Towd Point Mortgage Trust 2022-3, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14970233 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2026 18:01:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14970235 | | Email/Text: bankruptcies@uplift.com | Oct 29 2026 18:01:00 | Uplift Inc, Attn: Bankruptcy 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 14970236 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 29 2026 18:01:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14973845 | + | Email/Text: peritus@ebn.phinsolutions.com | Oct 29 2026 18:01:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |
| 14970191 | * | AES, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14974797 | *+ | Towd Point Mortgage Trust 2022-3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15000862 | *+ | Towd Point Mortgage Trust 2022-3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor Towd Point Mortgage Trust 2022-3 U.S. Bank Trust Company, National Association as Indenture Trustee jkatz@raslg.com |
| KERI P EBECK | on behalf of Creditor Global Lending Services LLC kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

MICHAEL A. CIBIK
on behalf of Debtor Bernice Louellen Shippen help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT BRIAN SHEARER
on behalf of Creditor Towd Point Mortgage Trust 2022-3 U.S. Bank Trust Company, National Association as Indenture Trustee rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SHERRI DICKS
on behalf of Creditor Towd Point Mortgage Trust 2022-3 shrdlaw@outlook.com shrdlaw@outlook.com

SHERRI DICKS
on behalf of Creditor Towd Point Mortgage Trust 2022-3 U.S. Bank Trust Company, National Association as Indenture Trustee shrdlaw@outlook.com, shrdlaw@outlook.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Bernice Louellen Shippen,<br><br>Debtor. | Chapter 13<br><br>Case No. 25-10238-AMC |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 80, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 79) is **APPROVED**.

**Date:** Oct. 15, 2026

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge